**Report and Order Terminating Supervised Release
Prior to Original Expiration Date—Notice of Death**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>    v.   )<br>  )<br>Diana Linda Maria Garcia   )<br>  ) | Docket No:  0972 1:22CR00090 |

On February 3, 2020, the above-named was sentenced in the Southern District of California to 37 months Bureau of Prisons custody, followed by a five-year term of Supervised Release.  The supervision term commenced on March 8, 2022, in the Eastern District of California.  Jurisdiction was formally transferred to and accepted by the Eastern District of California on March 18, 2022.

On December 9, 2025, this office was notified by Kern County Sheriff Coroner's Unit that Diana Linda Maria Garcia was confirmed deceased by possible drug overdose on July 29, 2025 (copy of the notification is on file).  It is accordingly recommended this case be closed.

|  **Respectfully submitted,**  |  **Reviewed by,**  |
|---|---|
| *[signature]* | *[signature]* |
| **Chris Frausto**<br>**United States Probation Officer** | **Daniel Alejandro**<br>**Supervising United States Probation Officer** |

**Dated:**   December 30, 2025
          Fresno, California
          CF

**Re:    Diana Linda Maria Garcia**
**       Docket Number:   0972 1:22CR00090**
**       Report and Order Terminating Supervised Release**
**       Prior To Original Expiration Date—Notice Of Death**

---

# ORDER OF COURT

It appears that Diana Linda Maria Garcia is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

Dated:    **December 31, 2025**

_____
UNITED STATES DISTRICT JUDGE

(Notification copy on file)

cc:    AUSA (To be Determined)
       Fiscal Clerk—Clerk's Office

2